# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VICTOR NUNEZ-GRIGIVA,<br><br>    Defendant. | CASE NO.  21CR3082-JLS<br><br>**ORDER RE JOINT MOTION TO CONTINUE THE MOTION HEARING** |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing/trial setting from January 7, 2022, 2021 to **February 11, 2022 at 1:30 p.m. is granted**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7).

**IT IS SO ORDERED**.

Dated:  January 3, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge