1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

v.

VICTOR NUNEZ-GRIGIVA,

              Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.  21CR3082-JLS

**ORDER RE JOINT MOTION TO CONTINUE MOTION HEARING/ TRIAL SETTING**

    **IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing/ trial setting from February 11, 2022 to **March 11, 2022 at 1:30 p.m. is granted**.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7).

    **IT IS SO ORDERED**.

Dated:  February 7, 2022

                               Hon. Janis L. Sammartino
                               United States District Judge